# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ORION IP, LLC, § | | |
| Plaintiff, § | | |
| § | Civil Action No. 2-06-CV-109-LED | |
| v. § | | |
| § | | |
| SAMSUNG ELECTRONICS AMERICA § | JURY DEMANDED | |
| INC., et al. § | | |
| Defendants. § | | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted between plaintiff Orion IP, LLC and defendants Samsung Electronics Co. Ltd., Samsung Telecommunications America, LLP, and Samsung Information Systems America, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in this suit between Plaintiff, Orion IP, LLC, and Defendants, Samsung Electronics Co. Ltd., Samsung Telecommunications America, LLP, and Samsung Information Systems America, Inc., are hereby dismissed with prejudice to the right of the parties to assert in the future any such claims.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 28th day of February, 2007.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**